Fred O. Foster, Plaintiff-Appellee, v. New York, Chicago and St. Louis Railroad Company, a/k/a The Nickel Plate Road, Defendant-Appellant.

Gen. No. 47,922.

First District, First Division.

May 16, 1960.

Winston, Strawn, Smith, and Patterson, of Chicago (Douglas C. Moir and Edward J. Wendrow, of counsel) for defendant-appellant; John J. Kennelly and Roger J. Boylan, of Chicago (James P. Chapman, Thomas D. Nash, Jr., John L. Sullivan, and John J. Kennelly, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.